1  MARK A. SAXON  (SBN: 62642)
   MSaxon@gordonrees.com
2  JOHN L. HALLER  (SBN: 61392)
   JHaller@gordonrees.com
3  GORDON & REES LLP
   101 W. Broadway, Suite 2000
4  San Diego, CA  92101
   Telephone:  (619) 696-6700
5  Facsimile:  (619) 696-7124

6  ROBERT P. ANDRIS  (SBN: 130290)
   randris@gordonrees.com
7  MICHAEL D. KANACH  (SBN: 271215)
   mkanach@gordonrees.com
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA  94111
   Telephone:  (415) 986-5900
10 Facsimile:  (415) 986-8054

11 Attorneys for Defendant,
   ENERGY LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN OF CALIFORNIA

| CES GROUP, LLC | ) CASE NO. 5:14-cv-02919-BLF |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING DEFENDANT ENERGY LABS, INC.'S SUBSTITUTION OF COUNSEL AND PERMITTING WITHDRAWAL OF COUNSEL |
| vs. | ) |
| ENERGY LABS INC. and DMG CORPORATION | ) |
| Defendants. | ) |

-1-
[PROPOSED] ORDER RE NOTICE OF SUBSTITUTION OF COUNSEL                                   5:14-cv-02919-BLF

TO ALL PARTIES AND THEIR COUNSELS OF RECORD:

PLEASE TAKE NOTICE that Defendant ENERGY LABS, INC., hereby substitutes Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, California 94111, (415) 986-5900, as its attorneys of record in this action in place of Sheppard, Mullin, Richter & Hampton, LLP.

Pursuant to Local Rule 11-5(a),[1] counsel for ENERGY LABS, INC., hereby requests an Order Permitting Withdrawal of Sheppard, Mullin, Richter & Hampton, LLP, and granting Gordon & Rees's Substitution of Counsel. Pursuant to Defendant Energy Labs, Inc.'s fully-executed Notice of Substitution of Counsel filed with the Court, written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.

**IT IS SO ORDERED**.

DATED: September 26, 2014

_____
UNITED STATES DISTRICT JUDGE
Honorable Beth Labson Freeman

---

[1] USDC Local Civil Rules – Effective February 3, 2014

-2-

[PROPOSED] ORDER RE NOTICE OF SUBSTITUTION OF COUNSEL          5:14-cv-02919-BLF