1  MARK A. SAXON (SBN: 62642)
   MSaxon@gordonrees.com
2  JOHN L. HALLER (SBN: 61392)
   JHaller@gordonrees.com
3  GORDON & REES LLP
   101 W. Broadway, Suite 2000
4  San Diego, CA 92101
   Telephone: (619) 696-6700
5  Facsimile: (619) 696-7124

6  ROBERT P. ANDRIS (SBN: 130290)
   randris@gordonrees.com
7  MICHAEL D. KANACH (SBN: 271215)
   mkanach@gordonrees.com
8  GORDON & REES LLP
   275 Battery Street, Suite 2000
9  San Francisco, CA 94111
   Telephone: (415) 986-5900
10 Facsimile: (415) 986-8054

11 Attorneys for Defendant,
   DMG CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN OF CALIFORNIA

| CES GROUP, LLC | ) CASE NO. 5:14-cv-02919-BLF |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING DEFENDANT DMG CORPORATION'S SUBSTITUTION OF COUNSEL AND PERMITTING WITHDRAWAL OF COUNSEL |
| vs. | |
| ENERGY LABS INC. and DMG CORPORATION | |
| Defendants. | |

1    TO ALL PARTIES AND THEIR COUNSELS OF RECORD:

2    PLEASE TAKE NOTICE that Defendant DMG CORPORATION, hereby substitutes

3    Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, California 94111,

4    (415) 986-5900, as its attorneys of record in this action in place of Sheppard, Mullin, Richter &

5    Hampton, LLP.

6    Pursuant to Local Rule 11-5(a),[1] counsel for DMG CORPORATION, hereby requests an

7    Order Permitting Withdrawal of Sheppard, Mullin, Richter & Hampton, LLP, and granting

8    Gordon & Rees's Substitution of Counsel.  Pursuant to Defendant Energy Labs, Inc.'s fully-

9    executed Notice of Substitution of Counsel filed with the Court, written notice has been given

10   reasonably in advance to the client and to all other parties who have appeared in the case.

12   **IT IS SO ORDERED**.

15   DATED:   October 16, 2014



GRANTED
Judge Beth Labson Freeman

---

[1] USDC Local Civil Rules – Effective February 3, 2014