UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CES GROUP, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>DMG CORPORATION, et al.,<br><br>          Defendants. | Case No.  14-cv-02919-BLF<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Re: ECF 38] |

   Having received Defendants' Statement of Non-Opposition, ECF 44, to Plaintiff's Motion for Leave to File First Amended Complaint, ECF 38, it is HEREBY ORDERED that Plaintiff's motion is GRANTED.  Plaintiff shall file its amended pleading into the record **by no later than December 24, 2014** and shall endeavor to serve the newly added defendant as soon thereafter as possible.

   **IT IS SO ORDERED.**

Dated: December 18, 2014

_____
BETH LABSON FREEMAN
United States District Judge