UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CES GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DMG CORPORATION, et al.,<br><br>    Defendants. | Case No. 14-cv-02919-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[Re: ECF 31] |

The Motion to Transfer Venue that was noticed for hearing on February 5, 2015 is hereby SUBMITTED without oral argument; the hearing is VACATED. *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge