| | |
|---|---|
| JARED BOBROW (Bar No. 133712)<br>jared.bobrow@weil.com<br>BYRON BEEBE (Bar No. 235179)<br>byron.beebe@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>Attorneys for Plaintiff and Counterclaim-Defendant<br>NORTEK AIR SOLUTIONS, LLC | MARK A. SAXON (SBN:  62642)<br>MSaxon@gordonrees.com<br>JOHN L. HALLER (SBN:  61392)<br>JHaller@gordonrees.com<br>SUSAN B. MEYER (SBN:  204931)<br>smeyer@gordonrees.com<br>GORDON & REES LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Telephone:  (619) 696-6700<br>Facsimile:  (619) 696-7124<br><br>ROBERT P. ANDRIS (SBN:  130290)<br>randirs@gordonrees.com<br>MICHAEL D. KANACH (SBN 271215)<br>mkanach@gordonrees.com<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:  (415) 986-5900<br>Facsimile:  (415) 986-8054<br><br>Attorneys for Defendants and Counterclaimants,<br>ENERGY LABS, INC.<br>DMG CORPORATION, and<br>DMG NORTH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC<br><br>          Plaintiff and Counterclaim-Defendant,<br><br>  vs.<br><br>ENERGY LABS INC., DMG CORPORATION, and DMG NORTH, INC.<br><br>          Defendants and Counterclaim-Plaintiffs. | CASE NO. 5:14-cv-02919-BLF<br><br>[**PROPOSED**] ORDER REGARDING ELECTRONIC PRESENTATION AND EQUIPMENT FOR TUTORIAL<br><br>JUDGE:  Hon. Beth Labson Freeman<br>DATE:  September 11, 2015<br>TIME:  9:00 a.m.<br>CTRM:  3, 5th floor |

1    **[PROPOSED] ORDER**

2    IT IS HEREBY ORDERED THAT on the morning of Friday, September 11, 2015 at

3   9:00 AM, Plaintiff Nortek Air Solutions, LLC and Defendants Energy Labs Inc., DMG

4   Corporation, and DMG North, Inc., by and through their counsel of record, may utilize all

5   available courtroom technology for their claim construction tutorial presentations and bring into

6   the Federal Courthouse in San Jose, California, located at 280 South 1st Street, San Jose,

7   California, and set up in the courtroom of the Honorable Beth Labson Freeman, certain

8   equipment and materials for the purpose of presenting their tutorials. The equipment and

9   materials may include laptop computers, personal electronic devices, tablet computers, external

10  flash drives and hard drives, related audio-video equipment, assorted power cords, cables,

11  connectors, and adaptors. Court Staff, including U.S. Marshals on duty at the time, are directed

12  to allow, and to take such steps as reasonably necessary to facilitate, the foregoing activity.

14  IT IS SO ORDERED.

15  Dated: September 10, 2015                  _____
16                                              UNITED STATES DISTRICT COURT JUDGE

-2-
**PROPOSED ORDER RE: ELECTRONIC PRESENTATION**                                    CASE 5:14-cv-02919-BLF