1  JARED BOBROW (Bar No. 133712)
   jared.bobrow@weil.com
2  BYRON BEEBE (Bar No. 235179)
   byron.beebe@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
4  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
6
   Attorneys for Plaintiff and Counterclaim-
7  Defendant
   NORTEK AIR SOLUTIONS, LLC

   MARK A. SAXON (SBN:  62642)
   MSaxon@gordonrees.com
   JOHN L. HALLER (SBN:  61392)
   JHaller@gordonrees.com
   SUSAN B. MEYER (SBN:  204931)
   smeyer@gordonrees.com
   GORDON & REES LLP
   101 W. Broadway, Suite 2000
   San Diego, CA 92101
   Telephone:  (619) 696-6700
   Facsimile:  (619) 696-7124

   ROBERT P. ANDRIS (SBN:  130290)
   randirs@gordonrees.com
   MICHAEL D. KANACH (SBN 271215)
   mkanach@gordonrees.com
   GORDON & REES LLP
   275 Battery Street, Suite 2000
   San Francisco, CA 94111
   Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054

   Attorneys for Defendants and Counterclaimants,
   ENERGY LABS, INC.
   DMG CORPORATION, and
   DMG NORTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　vs.<br><br>ENERGY LABS INC., DMG CORPORATION, and DMG NORTH, INC.<br><br>　　　　Defendants and Counterclaim-Plaintiffs. | CASE NO. 5:14-cv-02919-BLF<br><br>~~[PROPOSED]~~ ORDER REGARDING ELECTRONIC PRESENTATION AND EQUIPMENT FOR CLAIM CONSTRUCTION HEARING<br><br>JUDGE:  Hon. Beth Labson Freeman<br>DATE:    September 18, 2015<br>TIME:    9:00 a.m.<br>CTRM:   3, 5th floor |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT on the morning of Friday, September 18, 2015 at 9:00 AM, Plaintiff Nortek Air Solutions, LLC and Defendants Energy Labs Inc., DMG Corporation, and DMG North, Inc., by and through their counsel of record, may utilize all available courtroom technology for their claim construction hearing presentations and bring into the Federal Courthouse in San Jose, California, located at 280 South 1st Street, San Jose, California, and set up in the courtroom of the Honorable Beth Labson Freeman, certain equipment and materials for the purpose of presenting their arguments. The equipment and materials may include laptop computers, personal electronic devices, tablet computers, external flash drives and hard drives, related audio-video equipment, assorted power cords, cables, connectors, and adaptors. Court Staff, including U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate, the foregoing activity.

IT IS SO ORDERED.

Dated: September 17, 2015

_____
UNITED STATES DISTRICT COURT JUDGE