UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DMG CORPORATION, et al.,<br><br>    Defendants. | Case No.  5:14-cv-02919-BLF<br><br>**CASE MANAGEMENT ORDER** |

    On 11/05/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

    All dates and deadlines remain the same.

Dated: 11/05/2015

_____
BETH LABSON FREEMAN
United States District Judge