MARK A. SAXON  (SBN: 62642)
MSaxon@gordonrees.com
JOHN L. HALLER  (SBN: 61392)
JHaller@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

ROBERT P. ANDRIS  (SBN: 130290)
randris@gordonrees.com
MICHAEL D. KANACH  (SBN: 271215)
mkanach@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant,
ENERGY LABS, INC.,
DMG CORPORATION, and
DMG NORTH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>ENERGY LABS INC., DMG CORPORATION, and DMG NORTH, INC.<br><br>    Defendants and Counterclaim-Plaintiffs. | CASE NO. 5:14-cv-02919-BLF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ENERGY LABS, INC., DMG CORPORATION, AND DMG NORTH, INC.'S NOTICE OF CHANGE IN COUNSEL AND PERMITTING WITHDRAWAL OF COUNSEL |

TO ALL PARTIES AND THEIR COUNSELS OF RECORD:

Pursuant to Local Rules 5-1(c)(2)(C) and (E), and 11-5(a), PLEASE TAKE NOTICE of Change in Counsel whereby Gordon & Rees LLP ceases to represent Defendants ENERGY LABS, INC., DMG CORPORATION, and DMG NORTH, INC. ("Defendants") in this case, each of which is currently represented by other counsel, Kirkland & Ellis LLP (Brandon H. Brown, bhbrown@kirkland.com; Adam R. Alper, adam.alper@kirkland.com; James Beard, james.beard@kirkland.com; KIRKLAND & ELLIS LLP, 555 California Street, 27th Floor San Francisco, CA, 94104, Telephone: (415) 439-1400, Facsimile: (415) 439-1500; and Michael W. De Vries, michael.devries@kirkland.com, KIRKLAND & ELLIS LLP, 333 South Hope Street, Los Angeles, CA 90071, Telephone: (213) 680-8400, Facsimile: (213) 680-8500).

Kirkland & Ellis LLP will continue as Defendants' attorneys of record in this action in place of Gordon & Rees LLP.

Pursuant to Local Rule 11-5(a), counsel for Defendants hereby request an Order Permitting Withdrawal of Gordon & Rees LLP. Written notice has been given reasonably in advance to the clients and to counsel for all other parties who have appeared in the case.

**IT IS SO ORDERED**.

DATED: January 15, 2016

_____
UNITED STATES DISTRICT JUDGE
Honorable Beth Labson Freeman

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

1099716/26345862v.1