JARED BOBROW (Bar No. 133712)
*jared.bobrow@weil.com*
AARON HUANG (Bar No. 261903)
*aaron.huang@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff and
Counterclaim-Defendant
NORTEK AIR SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>ENERGY LABS INC., DMG CORPORATION, and DMG NORTH, INC.<br><br>    Defendants and Counterclaim-Plaintiffs. | Case No. 5:14-cv-02919-BLF<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY BYRON C. BEEBE**<br><br>Hon. Beth Labson Freeman |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Byron C. Beebe will no longer be associated with Weil, Gotshal & Manges LLP effective January 22, 2016, and is hereby withdrawn as counsel of record for Plaintiff and Counterclaim-Defendant Nortek Air Solutions, LLC.  Plaintiff and Counterclaim-Defendant Nortek Air Solutions, LLC requests that Mr. Beebe be removed from all applicable service lists, including for Notices of Electronic Filing.  All other counsel of record for Plaintiff and Counterclaim-Defendant Nortek Air Solutions, LLC remain unchanged.

DATED: January 22, 2016                Respectfully submitted,

                                                    WEIL, GOTSHAL & MANGES LLP

                                                    By:  */s/ Jared Bobrow*
                                                          Jared Bobrow

                                                  Attorneys for Plaintiff and Counterclaim-Defendant
                                                  NORTEK AIR SOLUTIONS, LLC



APPROVED
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA