# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DMG CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-02919-BLF<br><br>**ORDER REGARDING PRETRIAL CONFERENCE** |

　　　　The Court RESETS the date of the parties' pretrial conference from July 7, 2016 to July 6, 2016 at 9 a.m.  The Court's standing order regarding the final pretrial conference sets forth instructions for the pretrial conference.  In addition to the requirements in the Court's standing order, the Court limits each party to no more than 5 motions *in limine* per side.  Briefing on each motion shall not exceed five pages per side.  Any filing that does not comply with the Court's standing orders or civil local rules will be stricken.

　　　　**IT IS SO ORDERED.**

Dated: April 5, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge