| | |
|---|---|
| JARED BOBROW (Bar No. 133712) | ADAM R. ALPER (Bar No. 196834) |
| jared.bobrow@weil.com | adam.alper@kirkland.com |
| AARON HUANG (Bar No. 261903) | BRANDON BROWN (Bar No. 266347) |
| aaron.huang@weil.com | bhbrown@kirkland.com |
| STEVEN RUSHING *pro hac vice* | JAMES BEARD (Bar No. 267242) |
| steven.rushing@weil.com | james.beard@kirkland.com |
| WEIL, GOTSHAL & MANGES LLP | KIRKLAND & ELLIS LLP |
| 201 Redwood Shores Parkway | 555 California Street, 27th Floor |
| Redwood Shores, CA 94065 | San Francisco, CA 94104 |
| Telephone: (650) 802-3000 | Telephone: (415) 439-1400 |
| Facsimile: (650) 802-3100 | Facsimile: (415) 439-1500 |

Attorneys for Plaintiff and Counterclaim-Defendant
NORTEK AIR SOLUTIONS, LLC

MICHAEL W. DE VRIES (Bar No. 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
ENERGY LABS, INC., DMG CORPORATION, AND DMG NORTH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC, | **Case No. 5:14-cv-02919-BLF** |
| Plaintiff and Counterclaim-Defendant, | **[PROPOSED] ORDER REGARDING ELECTRONIC PRESENTATION AND EQUIPMENT FOR SUMMARY JUDGMENT HEARING** |
| vs. | |
| ENERGY LABS INC., DMG CORPORATION, and DMG NORTH, INC. | **JURY TRIAL DEMANDED** |
| Defendants and Counterclaim-Plaintiffs. | Date:  April 14, 2016<br>Time:  9:00a.m.<br>Courtroom:  3<br>Judge:  Hon. Beth L. Freeman |

1    IT IS HEREBY ORDERED THAT on the morning of Thursday, April 14, 2016 at 9:00 AM, Plaintiff Nortek Air Solutions, LLC and Defendants Energy Labs Inc., DMG Corporation, and DMG North, Inc., by and through their counsel for record, may utilize all available courtroom technology for its hearing presentation and bring into the Federal Courthouse in San Jose, California, located at 280 South 1st Street, San Jose, California, and set up in the courtroom of the Honorable Beth Labson Freeman, certain equipment and materials for the purpose of presenting their arguments. The equipment and materials may include laptop computers, personal electronic devices, tablet computers, external flash drives and hard drives, related audio-video equipment, assorted power cords, cables, connectors, and adaptors. Court Staff, including U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate, the foregoing activity.

IT IS SO ORDERED.

Dated: April 11, 2016

_____
UNITED STATES DISTRICT COURT JUDGE