United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DMG CORPORATION, et al., <br><br> Defendants. | Case No.  14-cv-02919-BLF <br><br> **ORDER REGARDING REDACTION OF ORDER ON MOTION FOR SUMMARY JUDGMENT** <br><br> [Re:  ECF 217] |

On June 6, 2016, the Court filed its order on the parties' motions for summary judgment under seal because it contains information that the Court previously allowed to be filed under seal due to their highly confidential and business sensitive nature. This order was separately transmitted to the parties in this case. The parties are ordered to meet and confer by no later than June 13, 2016 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on June 13, 2016, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: June 8, 2016

BETH LABSON FREEMAN
United States District Judge