United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

NORTEK AIR SOLUTIONS, LLC,

    Plaintiff,

v.

DMG CORPORATION, et al.,

    Defendants.

Case No.  14-cv-02919-BLF

**ORDER REGARDING PRETRIAL CONFERENCE**

The Court RESETS the time of the parties' pretrial conference to July 6, 2016 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 28, 2016

_____
BETH LABSON FREEMAN
United States District Judge