# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DMG CORPORATION, et al.,<br><br>    Defendants. | Case No. 14-cv-02919-BLF<br><br>**ORDER REGARDING MOTIONS IN LIMINE** |

Defendants' chambers copies of their motions in limine, oppositions to Plaintiff's motions in limine, and corresponding exhibits do not comply with the Court's standing order regarding under seal documents. The Court's standing order states:

> If a filing contains documents that are sealed in whole or in part, the chambers copy of the filing must include a complete set of documents in unredacted form so that chambers staff does not have to reassemble the whole brief or declaration. The chambers copy should indicate via highlighting which portions of the documents are sealed.

Standing Order Re Civil Case 6, *available at* http://www.cand.uscourts.gov/filelibrary/1668/Standing-Order-Re-Civil-Cases-FINAL-April-12-2.pdf.[1]

Accordingly, if Defendants would like the Court to review their exhibits, they shall promptly submit one complete and unredacted set of their motions in limine, oppositions to Plaintiff's motions in limine, and corresponding exhibits. The set should be as follows: motion in

---

[1] For example, Defendants did not submit one complete set of documents of the briefing and exhibits but instead submitted different sets containing unredacted and redacted copies, requiring chambers to re-assemble the documents. Furthermore, instead of including numbered tabs with the exhibit numbers, Defendants included numbered tabs with the ECF docket numbers. The Court is unable to consider Defendants' exhibits because the motions reference exhibits submitted with different exhibit numbers. The Court also notes that some exhibits did not print properly, such as Exhibit 11 to Defendants' motion in limine no. 1.

limine no. 1 along with its corresponding exhibits separated by tabs with exhibit numbers that correspond to the exhibit numbers referenced in the motion; motion in limine no. 2 along with its corresponding exhibits separated by tabs with exhibit numbers that correspond to the exhibit numbers referenced in the motion and so on and so forth.

**IT IS SO ORDERED.**

Dated: June 30, 2016

_____
BETH LABSON FREEMAN
United States District Judge

2