# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

NORTEK AIR SOLUTIONS, LLC,

    Plaintiff,

v.

DMG CORPORATION, et al.,

    Defendants.

Case No. 14-cv-02919-BLF

**ORDER REGARDING TRIAL SCHEDULE**

IT IS HEREBY ORDERED that trial in this matter shall proceed as follows: Jury selection shall commence on July 22, 2016 at 9:00 a.m. Questionnaires will be completed by the jury on that date. Thereafter, commencing on July 25, 2016 at 9:00 a.m., counsel for the parties may conduct oral voir dire of the entire jury panel, limited to 30 minutes for each side. Counsel shall be prepared to present opening statements immediately after the jury is sworn and Plaintiff shall call its witnesses beginning on July 25, 2016.

For the jury portion of the trial, the Court will allow up to 18 hours per side, exclusive of openings and closings. Direct and cross-examination time will be tallied by the Court. During the jury portion of the trial, the parties shall each have 45 minutes for opening and 1 hour and 30 minutes for closings. During trial, the parties shall submit any objections by 5 p.m. the court day before the disputed materials will be used.[1] Each party must submit their objections in a single brief that does not exceed three pages. If necessary, for the bench trial, the Court will allow up to

---

[1] For example, the parties must submit objections to the Court by Friday at 5 p.m. for materials that will be used on Monday.

3 hours per side, inclusive of openings and closings.[2]  The Court anticipates the bench trial will commence shortly after a verdict is rendered by the jury, and in any event, will be held no later than August 22, 2016.

**IT IS SO ORDERED.**

Dated: July 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge

---

[2] The parties shall submit the materials required by the Court's standing order regarding bench trials by August 9, 2016.

2