# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DMG CORPORATION, et al.,<br><br>    Defendants. | Case No. 14-cv-02919-BLF<br><br>**ORDER CLARIFYING TRIAL SCHEDULE**<br><br>[Re: ECF 279] |

Before the Court is Nortek's letter seeking clarification on the process for objections to demonstratives and exhibits. ECF 279. The Court confirms that Nortek's understanding of the process is correct. Any objections to demonstratives and exhibits to be used during trial (including openings and closings) must be submitted to the Court by 5 p.m. the court day before the materials will be used. Thus, any objections to materials used on Monday, July 25 must be submitted to the Court by 5 p.m. on Friday, July 22.

**IT IS SO ORDERED.**

Dated: July 19, 2016

                                                  BETH LABSON FREEMAN
                                                United States District Judge