JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
AARON HUANG (Bar No. 261903)
aaron.huang@weil.com
STEVEN RUSHING *pro hac vice*
steven.rushing@weil.com
PRIYANKA R. DEV (Bar No. 308363)
priyanka.dev@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

GARLAND T. STEPHENS
garland.stephens@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1700
Houston, TX  77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for Plaintiff
and Counterclaim-Defendant
NORTEK AIR SOLUTIONS, LLC

ADAM R. ALPER (Bar No. 196834)
adam.alper@kirkland.com
BRANDON BROWN (Bar No. 266347)
bhbrown@kirkland.com
JAMES BEARD (Bar No. 267242)
james.beard@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

MICHAEL W. DE VRIES (Bar No. 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
ENERGY LABS, INC., DMG
CORPORATION, AND DMG NORTH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    vs.<br><br>ENERGY LABS INC., DMG CORPORATION, and DMG NORTH, INC.<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | CASE NO. 5:14-cv-02919-BLF<br><br>**[PROPOSED] ORDER REGARDING ELECTRONIC PRESENTATION AND EQUIPMENT FOR TRIAL**<br><br>JUDGE:  Hon. Beth Labson Freeman<br>DATE:   July 22, 2016<br>TIME:    9:00 a.m.<br>CTRM:  3, 5th floor |

1     Pursuant to Northern District of California General Order 58, the parties seek leave of court to permit its counsel and support staff to bring into the courtroom the below-mentioned equipment for trial scheduled on July 25, 2016 through August 22, 2016. Additionally, and to facilitate the delivery of the above-requested equipment, the parties respectfully request permission to access the Court's loading dock to transport equipment and materials pertaining to this matter to the courtroom.

    IT IS HEREBY ORDERED THAT Plaintiff Nortek Air Solutions, LLC and Defendants Energy Labs Inc., DMG Corporation, and DMG North, Inc., by and through their counsel for record, may utilize all available courtroom technology for their trial presentations and enter the courtroom of the Honorable Beth Labson Freeman beginning on July 22, 2016 at 1:00 P.M., to deliver and set up certain equipment and materials for use during trial scheduled for July 25, 2016 through August 22, 2016..  The equipment and materials may include laptop computers, personal electronic devices, tablet computers, mobile wireless air cards/hotspots, external flash drives and hard drives, related audio-video equipment, assorted power cords, switches, cables, connectors, and adaptors, laser pointers, presentation remotes, books carts, trial technician tables with skirts and portable printers (for break-out rooms).  The Court Staff, including U.S. Marshals on duty at the time, are directed to allow, and to take such steps as reasonably necessary to facilitate, the foregoing activity, including allowing access to and use of the Court's loading dock.

**IT IS SO ORDERED**.

Dated: July 20, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

---

**PROPOSED ORDER RE: ELECTRONIC PRESENTATION**    **CASE NO. 5:14-cv-02919-BLF**