# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC, | Case No. 5:14-cv-02919-BLF |
| Plaintiff and Counterclaim-Defendant, | **VERDICT FORM** |
| vs. | |
| ENERGY LABS INC., DMG CORPORATION, and DMG NORTH, INC. | |
| Defendants and Counterclaim-Plaintiffs. | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## I. INFRINGEMENT

QUESTION 1: DIRECT INFRINGEMENT (SAMSUNG AHQ)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below directly infringed the listed claims of Nortek's Patents in connection with the Samsung AHQ job (Energy Labs Job # 7335)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

|  | Energy Labs | DMG North |
|---|---|---|
| Patent '442 Claim 16 | (1.1) Yes [___] No [✓] | (1.2) Yes [___] No [✓] |
| Patent '442 Claim 26 | (1.3) Yes [___] No [✓] | (1.4) Yes [___] No [✓] |
| Patent '251 Claim 8 | (1.5) Yes [___] No [✓] | (1.6) Yes [___] No [✓] |
| Patent '365 Claim 15 | (1.7) Yes [___] No [✓] | (1.8) Yes [___] No [✓] |
| Patent '283 Claim 29 | (1.9) Yes [___] No [✓] | (1.10) Yes [___] No [✓] |
| Patent '086 Claim 40 | (1.11) Yes [___] No [✓] | (1.12) Yes [___] No [✓] |

QUESTION 2: INDIRECT INFRINGEMENT - INDUCEMENT (SAMSUNG AHQ)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below induced infringement of the listed claims of Nortek's Patents in connection with the Samsung AHQ job (Energy Labs Job # 7335)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

|  | Energy Labs | DMG North |
|---|---|---|
| Patent '442 Claim 16 | (2.1) Yes [ ] No [X] | (2.2) Yes [ ] No [X] |
| Patent '442 Claim 26 | (2.3) Yes [ ] No [X] | (2.4) Yes [ ] No [X] |
| Patent '251 Claim 8 | (2.5) Yes [ ] No [X] | (2.6) Yes [ ] No [X] |
| Patent '365 Claim 15 | (2.7) Yes [ ] No [X] | (2.8) Yes [ ] No [X] |
| Patent '283 Claim 29 | (2.9) Yes [ ] No [X] | (2.10) Yes [ ] No [X] |
| Patent '175 Claim 8 | (2.11) Yes [ ] No [X] | (2.12) Yes [ ] No [X] |
| Patent '086 Claim 40 | (2.13) Yes [ ] No [X] | (2.14) Yes [ ] No [X] |

QUESTION 3: INDIRECT INFRINGEMENT – CONTRIBUTORY INFRINGEMENT (SAMSUNG AHQ)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below contributorily infringed the listed claims of Nortek's Patents in connection with the Samsung AHQ job (Energy Labs Job # 7335)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

|  | Energy Labs | DMG North |
|---|---|---|
| Patent '175 Claim 8 | (3.1) Yes [ ___ ] No [ ✓ ] | (3.2) Yes [ ___ ] No [ ✓ ] |

QUESTION 4: DIRECT INFRINGEMENT (CAMP PENDLETON NAVAL HOSPITAL)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below directly infringed the listed claims of Nortek's '442 Patent in connection with the Camp Pendleton Naval Hospital job (Energy Labs Job # 6163)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

|  | Energy Labs | DMG Corp. |
|---|---|---|
| Patent '442 Claim 16 | (4.1) Yes [ ___ ] No [ ✓ ] | (4.2) Yes [ ___ ] No [ ✓ ] |
| Patent '442 Claim 26 | (4.3) Yes [ ___ ] No [ ✓ ] | (4.4) Yes [ ___ ] No [ ✓ ] |

QUESTION 5: INDIRECT INFRINGEMENT – INDUCEMENT (CAMP PENDLETON NAVAL HOSPITAL)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below induced infringement of the listed claims of Nortek's Patents in connection with the Camp Pendleton Naval Hospital job (Energy Labs Job # 6163)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

|  | Energy Labs | DMG Corp. |
|---|---|---|
| Patent '442 Claim 16 | (5.1) Yes [___] No [✓] | (5.2) Yes [___] No [✓] |
| Patent '442 Claim 26 | (5.3) Yes [___] No [✓] | (5.4) Yes [___] No [✓] |

QUESTION 6: DIRECT INFRINGEMENT (LAX DELTA TERMINAL 5)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below directly infringed the listed claim of Nortek's '283 Patent in connection with the LAX Delta Terminal 5 job (Energy Labs Job # 6967)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

|  | Energy Labs | DMG Corp. |
|---|---|---|
| Patent '283 Claim 29 | (6.1) Yes [___] No [✓] | (6.2) Yes [___] No [✓] |

QUESTION 7: INDIRECT INFRINGEMENT - INDUCEMENT (LAX DELTA TERMINAL 5)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below induced infringement of the listed claims of Nortek's Patents in connection with the LAX Delta Terminal 5 job (Energy Labs Job # 6967)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

| | Energy Labs | DMG Corp. |
|---|---|---|
| Patent '283 Claim 29 | (7.1) Yes [___] No [✓] | (7.2) Yes [___] No [✓] |

QUESTION 8: DIRECT INFRINGEMENT (SANTA CLARA GATEWAY PHASE 2)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below directly infringed the listed claims of Nortek's Patents in connection with the Santa Clara Gateway Phase 2 job (Energy Labs Job # 7007)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

| | Energy Labs | DMG North |
|---|---|---|
| Patent '251 Claim 8 | (8.1) Yes [___] No [✓] | (8.2) Yes [___] No [✓] |
| Patent '365 Claim 15 | (8.3) Yes [___] No [✓] | (8.4) Yes [___] No [✓] |

QUESTION 9: INDIRECT INFRINGEMENT – INDUCEMENT (SANTA CLARA GATEWAY PHASE 2)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below induced infringement of the listed claims of Nortek's Patents in connection with the Santa Clara Gateway Phase 2 job (Energy Labs Job # 7007)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

|  | Energy Labs | DMG North |
|---|---|---|
| Patent '251 Claim 8 | (9.1) Yes [___] No [ ✓ ] | (9.2) Yes [___] No [ ✓ ] |
| Patent '365 Claim 15 | (9.3) Yes [___] No [ ✓ ] | (9.4) Yes [___] No [ ✓ ] |

QUESTION 10: DIRECT INFRINGEMENT (LAX TERMINAL 1)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below directly infringed the listed claims of Nortek's Patents in connection with the LAX Terminal 1 job (Energy Labs Job # 8209)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

|  | Energy Labs | DMG Corp. |
|---|---|---|
| Patent '283 Claim 29 | (10.1) Yes [___] No [ ✓ ] | (10.2) Yes [___] No [ ✓ ] |

QUESTION 11: INDIRECT INFRINGEMENT - INDUCEMENT (LAX TERMINAL 1)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below induced infringement of the listed claims of Nortek's Patents in connection with the LAX Terminal 1 job (Energy Labs Job # 8209)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

| | Energy Labs | DMG Corp. |
|---|---|---|
| Patent '283 Claim 29 | (11.1) Yes [ ___ ] No [ ✓ ] | (11.2) Yes [ ___ ] No [ ✓ ] |
| Patent '175 Claim 8 | (11.3) Yes [ ___ ] No [ ✓ ] | (11.4) Yes [ ___ ] No [ ✓ ] |

QUESTION 12: INDIRECT INFRINGEMENT – CONTRIBUTORY INFRINGEMENT (LAX TERMINAL 1)

Has Nortek proven by a preponderance of the evidence that the Defendants listed in the table below contributorily infringed the listed claims of Nortek's Patents in connection with the LAX Terminal 1 job (Energy Labs Job # 8209)?

(An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for the applicable Defendant.)

| | Energy Labs | DMG Corp. |
|---|---|---|
| Patent '175 Claim 8 | (12.1) Yes [ ___ ] No [ ✓ ] | (12.2) Yes [ ___ ] No [ ✓ ] |

## II. INVALIDITY

QUESTION 13: INVALIDITY ('442 Patent, Claim 16)

For each of the grounds listed below, have the Defendants proven by clear and convincing evidence that Claim 16 of the '442 Patent is invalid? (Answer separately for each ground)

**Answer "Yes" or "No."** (An answer of "Yes" is a finding for **Defendants**. An answer of "No" is a finding for **Nortek**.)

(13.1) Anticipated by the Governair Carolinas Medical Center Installation — **Yes** ✓  **No** ___

(13.2) Anticipated by PACE Small Cabinet Fan Product — **Yes** ✓  **No** ___

(13.3) Anticipated by CLEANPAK Small Cabinet Fan Product — **Yes** ✓  **No** ___

(13.4) Anticipated by PACE Small Cabinet Fans (SCF) Air Handling Units Catalog — **Yes** ___  **No** ✓

QUESTION 14: INVALIDITY ('442 Patent, Claim 26)

For each of the grounds listed below, have the Defendants proven by clear and convincing evidence that Claim 26 of the '442 Patent is invalid? (Answer separately for each ground)

**Answer "Yes" or "No."** (An answer of "Yes" is a finding for **Defendants**. An answer of "No" is a finding for **Nortek**.)

(14.1) Rendered obvious by the PACE Small Cabinet Fan Product in view of the knowledge of a person of skill in the art — **Yes** ___  **No** ✓

(14.2) Rendered obvious by the CLEANPAK Small Cabinet Fan Product in view of the knowledge of a person of skill in the art — **Yes** ___  **No** ✓

(14.3) Rendered obvious by PACE Small Cabinet Fans (SCF) Air Handling Units Catalog in view of the knowledge of a person of skill in the art — **Yes** ___  **No** ✓

QUESTION 15: INVALIDITY ('251 Patent, Claim 8)

For each of the grounds listed below, have the Defendants proven by clear and convincing evidence that Claim 8 of the '251 Patent is invalid? (Answer separately for each ground)

Answer "Yes" or "No." (An answer of "Yes" is a finding for **Defendants**. An answer of "No" is a finding for **Nortek**.)

(15.1) Rendered obvious by the PACE Small Cabinet Fan Product in view of the knowledge of a person of skill in the art       Yes _____   No __✓__

(15.2) Anticipated by the Temtrol DHS Computer Room Installation       Yes _____   No __✓__

QUESTION 16: INVALIDITY ('365 Patent, Claim 15)

For each of the grounds listed below, have the Defendants proven by clear and convincing evidence that Claim 15 of the '365 Patent is invalid? (Answer separately for each ground)

Answer "Yes" or "No." (An answer of "Yes" is a finding for **Defendants**. An answer of "No" is a finding for **Nortek**.)

(16.1) Anticipated by the Temtrol DHS Computer Room Installation       Yes _____   No __✓__

(16.2) Rendered obvious by the PACE Small Cabinet Fan Product in view of the knowledge of a person of skill in the art       Yes _____   No __✓__

QUESTION 17: INVALIDITY ('086 Patent, Claim 40)

For each of the grounds listed below, have the Defendants proven by clear and convincing evidence that Claim 40 of the '086 Patent is invalid? (Answer separately for each ground)

Answer "Yes" or "No." (An answer of "Yes" is a finding for **Defendants**. An answer of "No" is a finding for **Nortek**.)

(17.1) Anticipated by the Temtrol DHS Computer Room Installation       Yes __✓__   No _____

(17.2) Rendered obvious by the PACE Small
Cabinet Fan Product in view of the
knowledge of a person of skill in the art

**Yes** _____    **No** ✓

QUESTION 18: INVALIDITY ('283 Patent, Claim 29)

For each of the grounds listed below, have the Defendants proven by clear and convincing evidence that Claim 29 of the '283 Patent is invalid? (Answer separately for each ground)

**Answer "Yes" or "No."** (An answer of "Yes" is a finding for **Defendants**. An answer of "No" is a finding for **Nortek.**)

(18.1) Anticipated by Temtrol's DHS
Computer Room Installation

**Yes** ✓    **No** _____

(18.2) Rendered obvious by the PACE Small
Cabinet Fan Product in view of the
knowledge of a person of skill in the art

**Yes** _____    **No** ✓

(18.3) Rendered obvious by Governair's
Computer Associates Installation and
Governair's U.S.D.A. Installation

**Yes** _____    **No** ✓

QUESTION 19: INVALIDITY ('175 Patent, Claim 8)

For each of the grounds listed below, have the Defendants proven by clear and convincing evidence that Claim 8 of the '175 Patent is invalid? (Answer separately for each ground)

**Answer "Yes" or "No."** (An answer of "Yes" is a finding for **Defendants**. An answer of "No" is a finding for **Nortek.**)

(19.1) Anticipated by the Temtrol DHS
Computer Room Installation

**Yes** ✓    **No** _____

(19.2) Anticipated by the Governair
Computer Associates Installation

**Yes** _____    **No** ✓

(19.3) Rendered obvious by the PACE Small
Cabinet Fan Product in view of the
knowledge of a person of skill in the art

**Yes** _____    **No** ✓

Please Read Before You Proceed:
If you found any of the claims above both infringed and not invalid, proceed to answer the following questions in Sections III and IV. If you did not find any claims both infringed and not invalid, do not answer the questions in Section III or Section IV and proceed to the end of the form.

## III.  DAMAGES

QUESTION 20: PRICE EROSION

If you find that Nortek has proven to a reasonable certainty that it discounted prices on the sales of its products as a result of Defendants' infringement, provide below the amount Nortek should receive as compensation for having to reduce its prices due to the infringement:

$ *0*

## IV. **WILLFULNESS**

QUESTION 21: WILLFUL INFRINGEMENT (ENERGY LABS)

Has Nortek proven by a preponderance of the evidence that Energy Labs willfully infringed the below patents?

**Answer "Yes" or "No."** (An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for Energy Labs.)

| | |
|---|---|
| (21.1) '442 Patent | Yes [ _____ ]  No [ ✓ ] |
| (21.2) '251 Patent | Yes [ _____ ]  No [ ✓ ] |
| (21.3) '365 Patent | Yes [ _____ ]  No [ ✓ ] |
| (21.4) '283 Patent | Yes [ _____ ]  No [ ✓ ] |
| (21.5) '175 Patent | Yes [ _____ ]  No [ ✓ ] |
| (21.6) '086 Patent | Yes [ _____ ]  No [ ✓ ] |

QUESTION 22: WILLFUL INFRINGEMENT (DMG CORPORATION)

Has Nortek proven by a preponderance of the evidence that DMG Corporation willfully infringed the below patents?

**Answer "Yes" or "No."** (An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for DMG Corp.)

| | |
|---|---|
| (22.1) '442 Patent | Yes [ \_\_\_\_\_ ] No [ ✓ ] |
| (22.2) '283 Patent | Yes [ \_\_\_\_\_ ] No [ ✓ ] |
| (22.3) '175 Patent | Yes [ \_\_\_\_\_ ] No [ ✓ ] |

QUESTION 23 WILLFUL INFRINGEMENT (DMG NORTH)

Has Nortek proven by a preponderance of the evidence that DMG North, Inc. willfully infringed the below patents?

**Answer "Yes" or "No."** (An answer of "Yes" is a finding for Nortek. An answer of "No" is a finding for DMG North.)

| Patent | Answer |
|---|---|
| (23.1) '442 Patent | Yes [ ____ ] No [ ✓ ] |
| (23.2) '251 Patent | Yes [ ____ ] No [ ✓ ] |
| (23.3) '365 Patent | Yes [ ____ ] No [ ✓ ] |
| (23.4) '283 Patent | Yes [ ____ ] No [ ✓ ] |
| (23.5) '175 Patent | Yes [ ____ ] No [ ✓ ] |
| (23.6) '086 Patent | Yes [ ____ ] No [ ✓ ] |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the Verdict Form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

DATED 08/10, 2016

_____
Presiding Juror