| | |
|---|---|
| Adam R. Alper (SBN 196834) <br> adam.alper@kirkland.com <br> Brandon Brown (SBN 266347) <br> bhbrown@kirkland.com <br> James Beard (SBN 267242) <br> james.beard@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 California Street, 27th Floor <br> San Francisco, CA  94104 <br> Telephone: (415) 439-1400 <br> Facsimile:  (415) 439-1500 <br><br> Michael W. De Vries (SBN 211001) <br> michael.devries@kirkland.com <br> Justin Singh (SBN 266279) <br> justin.singh@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 333 South Hope Street <br> Los Angeles, CA  90071 <br> Telephone: (213) 680-8400 <br> Facsimile:  (213) 680-8500 <br><br> Attorneys for Defendants Energy Labs, Inc., <br> DMG Corporation, and DMG North, Inc. | Jason M. Bussey (SBN 227185) <br> jason.bussey@stblaw.com <br> Lee S. E. Brand (SBN 287110) <br> lee.brand@stblaw.com <br> SIMPSON THACHER & BARTLETT LLP <br> 2475 Hanover Street <br> Palo Alto, California 94304 <br> Telephone: (650) 251-5000 <br> Facsimile: (650) 251-5002 <br><br> Attorneys for Plaintiff and Counterclaim-Defendant Nortek Air Solutions, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NORTEK AIR SOLUTIONS, LLC, *formerly known as CES GROUP, LLC* <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> ENERGY LABS, INC., DMG CORPORATION, and DMG NORTH, INC. <br><br> Defendants and Counterclaim-Plaintiffs. | CASE NO. 5:14-cv-02919-BLF <br><br> Hon. Beth Labson Freeman <br><br> **STIPULATION AND PROPOSED ORDER REGARDING POST-TRIAL BRIEFING SCHEDULE [CIV. L.R. 6-2]** <br><br> Dept:  Courtroom 3 – 5th Floor <br> Judge:  Honorable Beth Labson Freeman |

Pursuant to Civil Local Rule 6-2, Plaintiff and Counterclaim Defendant Nortek Air Solutions, LLC ("Nortek") and Defendants and Counterclaim Plaintiffs Energy Labs, Inc., DMG Corporation, and DMG North, Inc. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby jointly submit the following Stipulated Request in the above-captioned matter:

WHEREAS, the Parties submitted renewed motions for judgment as a matter of law and motions for new trial on September 9, 2016 (collectively, "the Post-Trial Motions");

WHEREAS, responses to the Post-Trial Motions would be due September 23, 2016 and replies due on September 30 under the normal briefing schedule;

WHEREAS, the Parties agree that an enlargement of time to respond to the Post-Trial Motions from September 23 to October 12, 2016 and to reply to the Post-Trial Motions from September 30 to October 26, 2016 would permit the Parties to review the record and focus the issues brought to the Court's attention;

WHEREAS, the requested enlargement is not prohibited by Fed. R. Civ. P. 6(b)(2); and

WHEREAS, the requested enlargement will not affect the December 8, 2016 date noticed for hearing on the Post-Trial Motions or otherwise impact the schedule;

NOW, THEREFORE, the Parties hereby stipulate to, and jointly request that the Court grant, the following modifications to the briefing schedule to the Parties' Post-Trial Motions:

| **Event** | **Original Date** | **Proposed Date** |
|---|---|---|
| *Responses in Opposition to Motion for Judgment as a Matter of Law Pursuant to FRCP 50(b) and Motion for New Trial Pursuant to FRCP 59(a)* | 9/23/2016 | 10/12/2016 |
| *Replies in support of Motion for Judgment as a Matter of Law Pursuant to FRCP 50(b) and Motion for New Trial Pursuant to FRCP 59(a)* | 9/30/2016 | 10/26/2016 |
| *Hearing Date* | Noticed for 12/8/2016 ||

| | | |
|---|---|---|
| 1 | Dated: September 16, 2016 | Respectfully submitted, |
| 2 | | |
| | | SIMPSON THACHER & BARTLETT LLP |
| 3 | | |
| 4 | | */s/ Jason M. Bussey* |
| | | Jason M. Bussey (Bar No. 227185) |
| 5 | | jason.bussey@stblaw.com |
| | | Lee S. E. Brand (Bar No. 287110) |
| 6 | | lee.brand@stblaw.com |
| 7 | | 2475 Hanover Street |
| | | Palo Alto, California 94304 |
| 8 | | Telephone: (650) 251-5266 |
| | | Facsimile: (650) 251-5002 |

Attorneys for Plaintiff and Counterclaim-Defendant
NORTEK AIR SOLUTIONS, LLC

Dated: September 16, 2016         KIRKLAND AND ELLIS

*/s/ Brandon Brown*
Adam R. Alper (Bar No. 196834)
adam.alper@kirkland.com
Brandon Brown (Bar No. 266347)
brandon.brown@kirkland.com
James W. Beard (Bar No. 267242)
james.beard@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone:    415-439-1400
Facsimile:     415-439-1500

Michael De Vries (Bar No. 211001)
michael.devries@kirkland.com
Justin Singh (Bar No. 266279)
justin.singh@kirkland.com
333 S Hope Street Ste 2900
Los Angeles, CA 90071
Telephone:    213-680-8400
Facsimile:     213-680-8500

Attorneys for Defendants/Counterclaimants
ENERGY LABS, INC., DMG CORPORATION and
DMG NORTH, INC.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED this ____ day of _____, 2016.

> _____
> HON. BETH LABSON FREEMAN
> United States District Judge

# ATTESTATION OF SIGNATURES

I, Brandon H. Brown, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 16, 2016

> KIRKLAND & ELLIS LLP
>
> */s/ Brandon Brown*
> Brandon Brown
>
> Attorneys for Defendant/Counterclaimant
> ENERGY LABS, INC., DMG CORPORATION and DMG NORTH, INC.